# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNATHON MOHR,** *for himself and others similarly situated,* *Plaintiff,* | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,** *Defendant.* | : : : | **NO. 23-cv-00731** |

## O R D E R

**AND NOW** this 6th day of April 2023, after review of the docket and upon consideration of Defendant's Motion to Dismiss (ECF No. 10), it is hereby **ORDERED** that Defendant's Motion (ECF No. 10) is **DISMISSED** without prejudice to refile after the Court determines the Motion to Remand (ECF No. 13).

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**