IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MOHR,** *for himself and others similarly situated*, Plaintiffs, | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,** Defendant. | : : : | **NO. 23-cv-731** |

# ORDER

**AND NOW**, this **20th** day of **April 2023**, upon review of Plaintiff's Motion to Remand (ECF No. 13) and Defendant's Response (ECF No. 15), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that this case shall be **REMANDED** to the Court of Common Pleas for Philadelphia County. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                 **BY THE COURT:**

                 /s/ Chad F. Kenney
                 **CHAD F. KENNEY, JUDGE**