IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MOHR,** | : | CIVIL ACTION |
| *for himself and others similarly situated*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,** | : | |
| | : | |
| Defendant. | : | NO. 23-cv-731 |

### ORDER

AND NOW, this **18th** day of **May 2023**, upon review of Defendant's Motion for Stay of the Remand Order Until the Third Circuit Rules on the Pending Appeal (ECF No. 20), Defendant's Notice of Supplemental Authority in Support of Its Motion for Stay of Remand Order Until the Third Circuit Rules on the Pending Appeal (ECF No. 21), and Plaintiff having filed no response,[1] it is hereby **ORDERED** that the Motion is granted. The Order granting Plaintiff's motion to remand (ECF No. 17) shall be further stayed until the Third Circuit decides Defendant's forthcoming appeal.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Defendant notes that counsel for Defendant "asked counsel for Plaintiff for their position with respect to this Motion. Counsel for Plaintiff responded that they 'take no position.'" ECF No. 20-1 at 1.