IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNATHON MOHR, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA, | : | |
| *Defendant.* | : | NO. 23-cv-00731 |
| | : | |

**ORDER**

**AND NOW**, this 19th day of May 2023, it is hereby **ORDERED** that the Motion for Admission Pro Hac Vice (Dkt. No. 24) of Sophie L. Kletzien, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

Pro Hac Vice Counsel is directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney