UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1924

_____

JOHNATHON MOHR,
for himself and others similarly situated

v.

TRUSTEES OF THE
UNIVERSITY OF PENNSYLVANIA,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-23-cv-00731)
District Judge: Honorable Chad F. Kenney

_____

Submitted Under Third Circuit L.A.R. 34.1(a):
February 1, 2024

_____

Before: KRAUSE, PORTER, and CHUNG
*Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted on February 1, 2024.

On consideration whereof, it is now

ORDERED and ADJUDGED by this Court that the District Court's order dated April 20, 2023, is hereby AFFIRMED. Costs are taxed against the Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 21, 2024

**Certified as a true copy and issued in lieu of a formal mandate on**  March 14, 2024

**Teste:** _Patricia A Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**

2