IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNATHON MOHR,** : | | CIVIL ACTION |
| For himself and others similarly situated, : | | |
| *Plaintiff,* : | | |
| : | | |
| v. : | | |
| : | | |
| **THE TRUSTEES OF THE UNIVERSITY** : | | |
| **OF PENNSYLVANIA,** : | | |
| *Defendant.* : | | NO. 23-cv-00731 |

# O R D E R

**AND NOW,** this 14th day of March 2024, after review of the docket and the Judgment of the United States Court of Appeals for the Third Circuit (ECF No. 28) affirming the District Court's Order dated April 20, 2023, it is hereby **ORDERED** that:

1. The above-captioned matter shall be removed from stay;

2. The case shall be **REMANDED** to the Court of Common Pleas for Philadelphia County, consistent with this Court's Memorandum and Order (ECF Nos. 16 and 17); and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**